IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**FREDERICK BANKS**                                                        **PLAINTIFF**
**REG #05711-068**

**v.**                     **No: 2:13CV00030 KGB/HDY**

**MICHAEL PUGH** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of April, 2013.

_____
Kristine G. Baker
United States District Judge